IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK INGLE,<br><br>               Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>               Defendant. | **8:19CV141**<br><br>**ORDER** |

This matter is before the court on the parties' stipulation for dismissal, Filing No. 13. Accordingly,

IT IS ORDERED that this case is dismissed with prejudice, each party to bear their own costs.

Dated this 4th day of October, 2019.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge